1 **DEVIN J. BURSTEIN**
California State Bar No. 255389
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 devin_burstein@fd.org

5 Attorneys for Mr. Lopez-Ibarra

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE NITA L. STORMES)**

11 UNITED STATES OF AMERICA,      )    Case No. 08MJ1850-NLS-02
                                  )
12            Plaintiff,          )
                                  )    **JOINT MOTION TO CHANGE**
13 v.                             )    **HEARING DATE**
                                  )
14 ERNESTO LOPEZ-IBARRA,          )
                                  )
15            Defendant.          )
                                  )

17      Good cause appearing therefore, **IT IS HEREBY REQUESTED BY THE PARTIES**, Devin J.
18 Burstein, and Federal Defenders of San Diego, Inc., counsel for Mr. Ernesto Lopez-Ibarra, along with
19 Assistant United States Attorney Caleb Mason and Gerald T. McFadden Attorney for Mr. Armando Ibarra-
20 Flores, that the hearing set for Thursday, June 26, 2008 at 1:30 p.m. be rescheduled to **Friday, June 20, 2008,**
21 **at 1:30 p.m.**

22                                  Respectfully submitted,

23 DATED: June 18, 2008             */s/ Devin J. Burstein*
                                    **DEVIN J. BURSTEIN**
24                                  Federal Defenders of San Diego, Inc.
                                    Attorneys for Mr. Lopez-Ibarra
25
   DATED: June 18, 2008             */s/ Caleb Mason*
26                                  **CALEB MASON**
                                    Assistant United States Attorney
27
   DATED: June 18, 2008             */s/ Gerald McFadden*
28                                  **GERALD MCFADDEN**
                                    Attorneys for Mr. Armando Ibarra-Flores

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08mj1850-NLS-02 |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| ERNESTO LOPEZ-IBARRA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing has been electronically served this day upon:

Caled Mason, Assistant United States Attorney
880 Front Street
San Diego, CA  92101

Attorney Gerald McFadden
2366 Front Street
San Diego, CA 92101

Dated: June 18, 2008                     /s/Devin J. Burstein
                                         DEVIN J. BURSTEIN
                                         Federal Defenders
                                         225 Broadway, Suite 900
                                         San Diego, CA 92101-5030
                                         (619) 234-8467  (tel)
                                         (619) 687-2666  (fax)
                                         E-mail:devin_burstein@fd.org