FILED
JUN 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2163-JM |
| Plaintiff, | ) | |
| v. | ) | **I N F O R M A T I O N** |
| ARMANDO IBARRA-FLORES (1), ERNESTO LOPEZ-IBARRA (2), | ) ) | Title 8, U.S.C., Sec. 1325 - Attempted Illegal Entry (Misdemeanor) |
| Defendants. | ) | |

On or about June 14, 2008, within the Southern District of California, defendants ARMANDO IBARRA-FLORES and ERNESTO LOPEZ-IBARRA, being aliens, and having the conscious desire to enter the United States at a time and place other than as designated by immigration officers, did unlawfully attempt to enter the United States at a time and place other than as designated by immigration officers, and to elude examination and inspection by immigration officers; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

DATED: 6/26/08.

KAREN P. HEWITT
United States Attorney

*[signature]*

CALEB E. MASON
Assistant U.S. Attorney

CEM:6/25/08