# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA ) CASE NUMBER 08CR 2163-JM
)
vs )  ABSTRACT OF ORDER
)
Ernesto Lopez-Ibarra (2) ) Booking No. 10014298
)
)
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of June 30, 2008
the Court entered the following order:

☑ Defendant be released from custody.
☑ Defendant placed on supervised / (unsupervised probation) / supervised release.
___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
___ Defendant released on $_____ bond posted.
___ Defendant appeared in Court. FINGERPRINT & RELEASE.
___ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
___ Defendant sentenced to TIME SERVED, supervised release for _____ years.
___ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
    _____ dismissing appeal filed.
___ Bench Warrant Recalled.
___ Defendant forfeited collateral.
___ Case Dismissed.
___ Defendant to be released to Pretrial Services for electronic monitoring.
☑ Other. Dft. sentenced to 14 days B.O.P. & 5 months and 16 days unsupervised probation.

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

OR

by _____
Deputy Clerk

Received_____
    DUSM

Crim-9   (Rev 6-95)                                                          ★ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**